**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **MARTHA BEATRIZ ZAMORA HUERTA,** § § § | |
| Petitioner, § § | **CAUSE NO. EP-26-CV-223-KC** |
| v. § § | |
| **MARY DE ANDA-YBARRA, et al.,** § § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. On February 6, 2026, the Court granted in part Martha Beatriz Zamora Huerta's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 6, 2026, Order 2, ECF No. 5. Respondents were required to do so by February 13. *Id.*

Respondents have now informed the Court that a bond hearing was held before an Immigration Judge ("IJ") on February 13, 2026. Advisory, ECF No. 9. However, at that bond hearing the IJ "ruled that it had no jurisdiction pursuant to *Buenrostro-Mendez v. Bondi*, Nos. 25-20496, 25-40701 (5th Cir. Feb. 6, 2026)." *Id.* "However, out of an abundance of caution, and the [C]ourt's clarification on subsequent orders in other matters, Petitioner will be released as soon as possible, upon final processing. *Id.* Respondents have not, however, filed an updated notice confirming that Zamora Huerta was in fact released.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** notice stating whether Zamora Huerta has been released <u>**by no later than February 18, 2026**</u>.

The Court is cognizant of the potential confusion engendered by the intervening Fifth Circuit decision in *Buenrostro-Mendez*. But going forward, Respondents are **CAUTIONED** that informing the Court that release has been recommended to Respondents by counsel or promised by Respondents is insufficient to comply with an order requiring release and notice of release by a date certain.

**SO ORDERED**.

**SIGNED this 17th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE