IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARTHA BEATRIZ ZAMORA HUERTA, § § § § Petitioner, § § v. § MARY DE ANDA-YBARRA, et al., § § Respondents. § § § § § | CAUSE NO. EP-26-CV-223-KC |

# FINAL JUDGMENT

On this day, the Court considered the case. On February 6, 2026, the Court granted in part Martha Beatriz Zamora Huerta's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 6, 2026, Order 2, ECF No. 5. Respondents were required to do so by February 13. *Id.*

On February 12, Zamora Huerta filed a Motion to Enforce Judgment ("Motion"), ECF No. 6, seeking an order for her release because an Immigration Judge ("IJ"), at a bond hearing held that day, denied her bond "based on lack of jurisdiction." Mot. 2.

On February 13, Respondents filed an Advisory, ECF No. 9, also informing the Court of the IJ's decision to deny bond for lack of jurisdiction, citing *Buenrostro-Mendez v. Bondi*, --- F.4th ----, 2026 WL 323330 (5th Cir. Feb. 6, 2026). "However, out of an abundance of caution, and the [C]ourt's clarification on subsequent orders in other matters, Petitioner will be released as soon as possible, upon final processing." *Id.*

On February 17, the Court thus ordered Respondents to file notice stating whether Zamora Huerta had in fact been released. Feb. 17, 2026, Order 2, ECF No. 10. Respondents have now informed the Court that "Petitioner was released from custody [on] February 13, 2026." Status Report, ECF No. 11. Accordingly, Zamora Huerta's Motion is now moot.

It appears that the only remaining matter to be resolved in this case is Zamora Huerta's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 28, ECF No. 1; *see generally* Feb. 17, 2026, Order; Feb. 6, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, Zamora Huerta's Motion, ECF No. 6, is **DENIED** as moot.

**The Clerk shall close the case**. To the extent Zamora Huerta wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 19th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE